**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ X

J $ J SPORTS PRODUCTIONS INC., as :
Broadcast Licensee of the July 16, :
2005 HOPKINS/TAYLOR Program,        :
                        Plaintiff,  :
                                    :
            -v-                     :
                                    :
TONJA MEYERS, Individually and      :
d/b/a the SHE SHA BEAUTY SALON      :
a/k/a SHE'SHA a/k/a SHE'SHA SALON   :
a/k/a AHE'SHAS UNISEX, and SHE      :
SHA BEAUTY SALON a/k/a SHE'SHA      :
a/k/a SHE'SHA SALON a/k/a AHE'SHAS :
UNISEX,                             :
                        Defendants. :
                                    :
------------------------------------ X

06 CV 5431 (BSJ)(JCF)

ORDER

The above-captioned matter was referred to United States Magistrate Judge Francis for an inquest as to damages in this default proceeding. On July 16, 2007, Magistrate Judge Francis issued a Report and Recommendation ("R&R") recommending that judgment be entered in Plaintiff's favor against Defendants Tonja Meyers and the She Sha Beauty Salon, "jointly and severally, for $6,000 in statutory damages, and $1,351.75 in costs and fees, for a total of $7,351.75." (R&R 12.) Although Defendants were given the opportunity to file objections to the R&R, they failed to do so.

In reviewing a magistrate judge's report and recommendation, the Court may adopt those portions of the report

to which no objections have been made and which are not clearly erroneous.  Fed. R. Civ. P. 72(b); Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985); see also Ramos v. Superintendent of Clinton Correctional Facility, No. 03 Civ. 1920, 2007 WL 1946575, at *1 (S.D.N.Y. July 2, 2007).  Based on my review of the R&R, I find the recommendations to be neither clearly erroneous nor contrary to law.  In addition, I find the amount of damages to be reasonable and therefore adopt the R&R in its entirety.

The Clerk of Court is directed to enter Judgment in accordance with the R&R and close this case.

**SO ORDERED:**

_____
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**


Dated:    New York, New York
          August 28, 2007